# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | 1:11-cr-305 |
| | * | |
| ETSHO ILUNGA, | * | |

## ORDER

Presently before the Court is Defendant Etsho Ilunga's motion for leave to appeal. (Doc. 60.) Defendant's motion is no more than a series of complaints about his incarceration, the judicial system, and racism. Defendant, in conclusory fashion, does state that "[s]ending [him] to prison on an absurded [sic] charge of $4,000 us should be reversed to a probation sentence as is often the case for many whites [sic] defendants in USA." (Id. at 2.)

As best the Court can discern, Defendant is challenging his sentence, and so the Court will construe his motion as one under 28 U.S.C. § 2255. Defendant, however, has already filed, and the Court has denied, a § 2255 motion. (Docs. 49, 56.) To file a second or successive § 2255 motion, Defendant must move the Court of Appeals for an order authorizing the district court to consider the motion as provided in § 2244. Thus, to the extent

that Defendant seeks to attack his sentence, such a motion is **DENIED**. (Doc. 60.)

**ORDER ENTERED** at Augusta, Georgia, this 4th day of November, 2014.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA